**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Douglas Smith,<br><br>    Petitioner,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>    Respondents. | No. CV-87-234-TUC-JMR<br><br><br><br>**ORDER** |

**IT IS ORDERED** that Petitioner's Motion to Appoint Counsel (Dkt. 176) is **GRANTED**. Ralph E. Ellinwood is appointed as co-counsel for Petitioner in this federal habeas corpus proceeding and shall be compensated at the rate of $137.00 per hour for legal representation of Petitioner before this Court. Appointment is made pursuant to 18 U.S.C. § 3599(a)(2), and the fee is established pursuant to General Order No. 09-07 of this Court.

**IT IS FURTHER ORDERED** that the Clerk of Court provide a copy of this Order to the Court's CJA Voucher Review Unit.

DATED this 8th day of April, 2009.

_John M. Roll_
John M. Roll
Chief United States District Judge