WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Douglas Smith,<br><br>Petitioner,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>Respondents. | No. CV-87-234-TUC-JMR<br><br>DEATH PENALTY CASE<br><br>**ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

**IT IS ORDERED** that, pursuant to 28 U.S.C. § 2241(c)(5), the Clerk of Court shall issue a Writ of Habeas Corpus Ad Testificandum to the Warden, Ernest Trujillo, Arizona State Prison Complex, SMU II; Deputy Warden, Alfred Ramos; or to his authorized Deputy to bring Robert Douglas Smith, ADOC #045044, to the Evo A. DeConcini United States Courthouse, 405 W. Congress Street, Tucson, Arizona 85701, to be present at an evidentiary hearing in Courtroom 5D on Wednesday, May 5, 2010, and Thursday, May 6, 2010, at 10:00 a.m., before Chief Judge John M. Roll. Robert Douglas Smith shall remain in the custody of the Arizona Department of Corrections personnel until the hearing is concluded, thereafter to be returned to his custodial location.

DATED this 21st day of April, 2010.

_____
John M. Roll
Chief United States District Judge